**860**

■ PATRICIA V. LIEGEY, Respondent, v. GABRIEL M. LIEGEY, JR., Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated August 10, 1962, requiring him to perfect his appeal for October 11, 1962. Stay heretofore granted, vacated. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ FILOMENA MAURINO, Respondent, v. ANTONIO MAURINO, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated July 30, 1962, requiring him to perfect his appeal for the October 1962 Term. Stay heretofore granted, vacated. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of the Appointment of WILLIAM R. L. COOK, ESQ., as a Member of the Character Committees for the Second, Tenth and Eleventh Judicial Districts.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; Rules Civ. Prac., rule 1), William R. L. Cook, Esq., a practicing lawyer, residing in the County of Queens, is hereby appointed as an additional member of the respective Committees on Character and Fitness for the Second, Tenth and Eleventh Judicial Districts, to investigate the character and fitness of applicants in said judicial districts for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect as of October 24, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ, Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHESTER THOMPSON, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated April 30, 1962, requiring him to perfect his appeal for the October 1962 Term. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ MORTIMER H. COLEMAN, Respondent, v. TED'S AUTO SALES, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. DUN & BRADSTREET, INC., Third-Party Defendant-Respondent.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ EASTERN LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. ABRAHAM J. ROWEN, Appellant, et al., Defendants.— Motion by respondent to dismiss appeal granted; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ MINDI PODOWITZ et al., Appellants, v. SOUTHSIDE HOSPITAL et al., Respondents.— Motions by respondents to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ ROBERT FENSON, Appellant, v. MARTHA FOX, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ ANN SOMERS, Respondent, v. AL SOMERS, Appellant.— Motion by respondent (wife) to direct appellant (husband) to pay her counsel fees in opposing his appeal and for a stay of all proceedings pending payment, denied. Beldock, P. J., Ughetta, Brennan and Hopkins, JJ., concur; Hill, J., not voting.

■ REBECCA BELL, Respondent, v. MAX BELL, Appellant.— On the call of the Special Calendar, appeals dismissed, without prejudice to an application to vacate such dismissal. Ughetta, Acting P. J., Kleinfeld, Hill and Rabin, JJ., concur.